1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5      1301 Clay Street, Suite 340S
       Oakland, CA 94612
6      Telephone: (510) 637-3680
       Fax: (510) 637-3724
7      E-Mail: andrew.huang@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,           )   No. CR 11-71127 MAG (LB)
                                         )
14 |        Plaintiff,                   )   STIPULATION OF THE RE WAIVER OF
                                         )   TIME FOR PRELIMINARY HEARING
15 |    v.                               )   DATE AND EXCLUDING TIME UNDER
                                         )   THE SPEEDY TRIAL ACT AND
16 | HELEN JEAN SINGH SINGH,             )   [PROPOSED] ORDER
                                         )
17 |        Defendant.                   )
                                         )
18

19        The parties appeared before the Court on October 19, 2011 concerning detention and

20 conditions of release. The defendant hereby waives time for a preliminary hearing under Federal

21 Rule of Criminal Procedure 5.1(c) and the parties hereby stipulate and move the Court for an

22 Order excluding time under the Speedy Trial Act through the next hearing date, _October 27, 2011_,

23 2011.

24        Counsel for the defendant believes that postponing the preliminary hearing is in his

25 client's best interest and that it is not in his client's best interest for the United States to present

26 an indictment before the otherwise required preliminary hearing date. The parties agree that –

27 taking into account the public interest in prompt disposition of criminal cases – good cause exists

28 for this extension. For defendants who _are_ in custody, Federal Rule of Criminal Procedure 5.1(c)

STIP. RE PRELIMINARY HRG & SPEEDY TRIAL ACT
No. 11-71127 MAG (LB)

FILED OCT 19 2011 RICHARD W. [WIEKING] CLERK NORTHERN [DISTRICT OF CALIFORNIA] OAKLAND

1  permits the Court to hold a preliminary hearing no later than 14 days after the defendant's initial
2  appearance, which would be October 20, 2011.  For defendants who are not in custody, Federal
3  Rule of Criminal Procedure 5.1(c) permits the Court to hold a preliminary hearing no later than
4  21 days after the defendant's initial appearance, which would be October 27, 2011.  The
5  defendant agrees to waive the time for preliminary hearing under Rule 5.1(c).
6        The Speedy Trial Act requires that an information or indictment be filed within 30 days
7  of a defendant's arrest.  18 U.S.C. § 3161(b).  In this case, the defendant also agrees to toll and to
8  waive, for purposes of the Speedy Trial Act, the period from this date to the next hearing date,
9  _October 27_____, 2011.  The parties agree and stipulate that the delay resulting from this
10 continuance serves the ends of justice and that such action outweighs the best interest of the
11 public and the defendant in a speedy trial.  Specifically, defense counsel, who assumed
12 representation of the defendant in this case on October 6, 2011, is investigating and obtaining
13 information about this case.  The parties therefore stipulate that an exclusion of time under the
14 Speedy Trial Act for continuity of counsel and effective preparation of counsel is warranted
15 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

17 **SO STIPULATED.**
18 DATED: October 19, 2011

20 EDWIN PRATHER, Esq.
   Counsel for Helen Jean Singh

22 MELINDA HAAG
   United States Attorney

24 ANDREW S. HUANG
   Assistant United States Attorney

STIP. RE PRELIMINARY HRG & SPEEDY TRIAL ACT
No. 11-71127 MAG (LB)

## [PROPOSED] ORDER

The Court finds, based on the record and the Stipulation above, that the delay resulting from the continuance of this matter to ___October 27___, 2011 serves the ends of justice and that such action outweighs the best interest of the public and the defendant in a speedy trial. Specifically, the Court finds that denying such a continuance would deny the defendant continuity of counsel and deny defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence. Therefore, IT IS HEREBY ORDERED that the period of time between the date of this Order and ___October 27___, 2011 be excluded for Speedy Trial Act purposes.

DATED: 10/19/11

Hon. LAUREL BEELER
United States Magistrate Judge

STIP. RE PRELIMINARY HRG & SPEEDY TRIAL ACT
NO. 11-71127 MAG (LB)