EDWIN PRATHER, SBN 190536
LAW OFFICES OF EDWIN PRATHER
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone:  (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
HELEN JEAN SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HELEN JEAN SINGH,<br><br>Defendant. | Case No.:  CR 4-11-71127 MAG (LB)<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF STATUS CONFERENCE TO DECEMBER 8, 2011 AND WAIVER OF TIME FOR PRELIMINARY HEARING DATE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |

On November 2, 2011, the parties appeared before the Court for a detention hearing.  At the conclusion of the hearing, Ms. Singh was released from custody under certain terms and conditions and a status conference was set for December 2, 2011.

Ms. Singh's counsel is unavailable on December 2, 2011, due to his travel out of the jurisdiction on another matter.  As such, the parties request and stipulate that the Court continue Ms. Singh's status conference to December 8, 2011, at 9:30 a.m.

In continuing the matter to December 8, 2011, Ms. Singh waives time for a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c).  Ms. Singh has previously waived her

Stipulation And [Proposed] Order Re Continuance of Status Conference to December 8, 2011 and Waiver of Time For Preliminary Hearing Date and Exclusion of Time Under the Speedy Trial Act [Case No.: CR 4-11-71127 MAG (LB)]

1

right to a preliminary hearing and the parties agree that – taking into account the public interest in the prompt disposition of criminal cases – good cause exists for this extension.

The parties also stipulate and move the Court for an Order excluding time under the Speedy Trial Act, 18 U.S.C. § 3161(b), through December 8, 2011.  The parties previously agreed to toll and to waive time, for purposes of the Speedy Trial Act, through December 2, 2011.  The parties agree and stipulate that the delay resulting from this continuance serves the ends of justice and that such action outweighs the best interest of the public and the defendant in a speedy trial.  Defense counsel continues to investigate this case and review pre-indictment discovery.  The parties therefore stipulate that an exclusion of time under the Speedy Trial Act for continuity of counsel and effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

Dated: November 29, 2011          _____/S/_____
                                  EDWIN PRATHER
                                  Counsel for HELEN JEAN SINGH


                                  MELINDA HAAG
                                  United States Attorney



Dated: November 29, 2011          _____/S/_____
                                  ANDREW HUANG
                                  Assistant United States Attorney

Stipulation And [Proposed] Order Re Continuance of Status Conference to December 8, 2011 and Waiver of Time For Preliminary Hearing Date and Exclusion of Time Under the Speedy Trial Act [Case No.: CR 4-11-71127 MAG (LB)]

2

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, the status conference in this case is continued to December 8, 2011, at 9:30 a.m.

The Court finds that based on the record and the stipulation above, that the continue of the status conference to December 8, 2011, serves the ends of justice and that such action outweighs the best interest of the public and the defendant in a speedy trial. Specifically, the Court finds that denying such a continuance would deny the defendant of continuity of counsel and deny defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence. Therefore, the period of time between December 2, 2011, and December 8, 2011, shall be excluded for Speedy Trial Act purposes.

IT IS SO ORDERED.

Dated: November 30, 2011

_____
THE HONORABLE LAUREL BEELER
U.S. MAGISTRATE JUDGE

Stipulation And [Proposed] Order Re Continuance of Status Conference to December 8, 2011 and Waiver of Time For Preliminary Hearing Date and Exclusion of Time Under the Speedy Trial Act [Case No.: CR 4-11-71127 MAG (LB)]

3