UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date: January 11, 2012** (Time: 3 minute)  **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-11-883 PJH**

**Case Name:   UNITED STATES   v.  HELEN SINGH (Present)**

**Attorney for Plaintiff:    Andrew Huang**
**Attorney for Defendant:  Edwin Prather**

**Deputy Clerk:**  Nichole Heuerman        **Court Reporter**:  Raynee Mercado

### PROCEEDINGS

Status Conference-Held.  The parties request for a one week continuance to work out some last minute details before the defendant enters a guilty plea is granted by the court.  No exclusion of time is entered by the court.

**CASE CONTINUED TO:  January 18, 2012 at 1:30 p.m. for Change of Plea**.

**cc:**    chambers