1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HELEN SINGH,<br><br>Defendant. | Case No.:  CR 11-0883 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE SENTENCING HEARING** |

Helen Singh has pled guilty in this matter and the case is currently set for a sentencing hearing on Wednesday, September 26, 2012.

In October 2011, defense counsel sought and received court approval for Criminal Justice Act funds to pay for an expert in this case.  The defense retained Dr. Jules Burstein, a psychologist well known to judges in this district.  Defense counsel recently learned that Dr. Burstein passed away earlier this year.

Unfortunately, Dr. Burstein did not complete his work with Ms. Singh prior to his passing. Defense counsel has identified another psychologist to assist in this case at CJA rates, but said psychologist cannot begin working on Ms. Singh's case until September.

In light of Dr. Burstein's passing and to allow the new expert to meet with Ms. Singh and provide meaningful analysis to defense counsel, the parties stipulate and request that the Court vacate the September 26, 2012 sentencing hearing and reset the sentencing hearing for Wednesday, November 28, 2012, at 1:30 p.m.

The Court appears to be available on the suggested date based on a review of the Court's available dates on the Court's website and the parties discussion with the Court's Clerk.  The probation officer assigned to Ms. Singh's case is also available on the proposed date.

SO STIPULATED:

                                          MELINDA HAAG
                                        United States Attorney

Dated: August 10, 2012                _____/s/_____
                                        ANDREW HUANG
                                        Assistant United States Attorney

Dated: August 10, 2012                _____/s/_____
                                        EDWIN PRATHER
                                        Attorney for Defendant
                                        HELEN SINGH

### [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, Ms. Singh's sentencing hearing in this matter will be held on November 28, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated: _8/13/12_____                _____
                                                        HON. PHYLLIS J. HAMILTON
                                                        U.S. DISTRICT